# Court of Appeals
# of the State of Georgia

ATLANTA, October 31, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0520. CAROL TIBBLES v. TEACHERS RETIREMENT SYSTEM OF GEORGIA, et al.**

Carol Tibbles filed a civil action against the Teachers Retirement System of Georgia, et al., contending that the agency was mis-calculating members' income for purposes of their retirement pension. As part of this action, she sought mandamus relief. After the court granted summary judgment to the defendants, Tibbles filed this appeal.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5). Because this case involves the denial of a request for mandamus relief, jurisdiction lies in the Supreme Court. See *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 10/31/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*